UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
TRUSTEES OF THE NEW YORK HOTEL                                          :
TRADES COUNCIL AND HOTEL ASSOCIATION                                    :
OF NEW YORK CITY, INC. HEALTH BENEFITS        :   25-CV-07371 (JAV)
FUND, PENSION FUND, LEGAL FUND,                                         :
SCHOLARSHIP FUND, and INDUSTRY                :   ORDER
TRAINING FUND,                                                          :
                                                                        :
                       Petitioners,                                      :
                                                                        :
      -v-                                                         :
                                                                        :
                                                                        :
LUXURBAN RE HOLDINGS LLC, a/k/a                                         :
LUXURBAN HOTELS INC. d/b/a Hotel 46,                                    :
                                                                        :
                       Respondent.                                       :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On September 5, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **November 13, 2025**. Respondent's opposition, if any, is due on **December 4, 2025**. Petitioners' reply, if any, is due **December 11, 2025**.

       Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **November

**13, 2025**, and shall file an affidavit of such service with the court no later than **November 14, 2025**.

    SO ORDERED.

Dated: October 23, 2025  
       New York, New York                               _____  
                                                        JEANNETTE A. VARGAS  
                                                        United States District Judge