UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                 :

TRUSTEES OF THE NEW YORK HOTEL
TRADES COUNCIL AND HOTEL ASSOCIATION
OF NEW YORK CITY, INC. HEALTH BENEFITS       :      25-CV-07371 (JAV)
FUND, PENSION FUND, LEGAL FUND,
SCHOLARSHIP FUND, and INDUSTRY            :      ORDER STAYING CASE
TRAINING FUND,

                  Petitioners,

      -v-

LUXURBAN RE HOLDINGS LLC, a/k/a
LUXURBAN HOTELS INC. d/b/a Hotel 46,

                  Respondent.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On November 13, 2025, a Suggestion of Bankruptcy was filed in this case, advising that Respondents had filed a petition under Chapter 11 of the Bankruptcy Code, but that their cases were consolidated and converted to a proceeding under Chapter 7, Title 11 of the United States Bankruptcy Code. ECF No. 10. The Chapter 7 proceeding is pending in the United States Bankruptcy Court for the Southern District of New York under docket number 25-12000. See ECF No. 10.

       IT IS HEREBY ORDERED that, pursuant to Section 362(a) of the Bankruptcy Code, this matter is stayed pending further order of the Court. See 11 U.S.C. § 362(a)(1) (the filing of a Chapter 7 proceeding "operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title").

IT IS FURTHER ORDERED that, by February 15, 2026, the parties shall submit a joint letter regarding the status of the bankruptcy proceedings.  Any submission will not constitute a waiver or modification of the application of the automatic stay.

IT IS FURTHER ORDERED that the parties shall continue to submit status updates every ninety (90) days thereafter regarding the status of the bankruptcy proceedings and their impact on the automatic stay of this case.

SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                            JEANNETTE A. VARGAS
                                            United States District Judge