UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK HOTEL       :
TRADES COUNCIL AND HOTEL ASSOCIATION  :
OF NEW YORK CITY, INC. HEALTH BENEFITS   :        25-CV-07371 (JAV)
FUND, PENSION FUND, LEGAL FUND,        :
SCHOLARSHIP FUND, AND INDUSTRY       :        ORDER
TRAINING FUND,                         :
:
              Petitioners,     :
:
      -v-                     :
:
LUXURBAN RE HOLDINGS LLC, a/k/a     :
LUXURBAN HOTELS INC. d/b/a HOTEL 46,   :
:
              Respondent.     :
:
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On November 13, 2025, a Suggestion of Bankruptcy was filed in this case, advising that

Respondents had filed a petition under Chapter 11 of the Bankruptcy Code, but that their cases

were consolidated and converted to a proceeding under Chapter 7, Title 11 of the United States

Bankruptcy Code.  ECF No. 10.  The Chapter 7 proceeding is pending in the United States

Bankruptcy Court for the Southern District of New York under docket number 25-12000. See

ECF No. 10.  The Court ordered this matter stayed pursuant to Section 362(a) of the Bankruptcy

Code on November 17, 2025.  ECF No. 11.

2

In view of the automatic stay imposed by section 362 of the Bankruptcy Code, the Clerk of Court is directed to administratively close this matter subject to the right of either party to reopen within 21 days of the conclusion of bankruptcy proceedings, or the lifting or modification of the automatic stay as applied to this action.  The parties shall no longer be required to submit status updates every 90 days.

SO ORDERED.

Dated: May 26, 2026
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2